**Dismissed and Opinion Filed November 1, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00462-CV

## IN THE INTEREST OF E.N.G.-G. AND K.L.G.-G., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0038**

## MEMORANDUM OPINION
Before Justices Molberg, Nowell, and Goldstein
Opinion by Justice Nowell

Appellant's brief in this case is overdue. By postcard dated October 7, 2021, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file her brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. See TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Erin A. Nowell//

ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF E.N.G.-G. AND K.L.G.-G., CHILDREN

No. 05-21-00462-CV

On Appeal from the 382nd Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 1-18-0038. Opinion delivered by Justice Nowell. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 1st day of November, 2021.